# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

|  |  |  |
|---|---|---|
| | : | |
| **DONALD SESSO,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CIVIL ACTION NO. 11-5718** |
| | : | |
| **MERCY SUBURBAN HOSPITAL,** | : | |
| **Defendant.** | : | |

---

## ORDER

**AND NOW,** this 13th day of March 2013, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 25], Plaintiff's Response [Doc. No. 27], Defendant's Reply [Doc. No. 28], and Plaintiff's Sur-Reply [Doc. No. 30], and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED** as to Plaintiff's age discrimination claims under the ADEA and the PHRA, and **GRANTED** as to Plaintiff's retaliation claims.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**